**AFFIDAVIT**
UNITED STATES BORDER PATROL

I, Shawn Hinca, being duly sworn, depose and say:

1. I am a Border Patrol Agent with the United States Border Patrol (USBP), Department of Homeland Security, with eight years of experience as a Border Patrol Agent, duly appointed according to law and acting as such. I am assigned to the Sandusky Bay Border Patrol Station in Sandusky, Ohio. I have investigated both criminal and administrative violations of Immigration Law. I successfully completed the Border Patrol Officer Basic Training Course at the Federal Law Enforcement Training Center located in Artesia, New Mexico in December of 2010.

2. Based on the information set forth below, I have probable cause to believe that Alonso BELTRAN-Campos, a citizen and national of Mexico by birth, is an alien who has been removed from the United and thereafter re-entered the United States.

3. On May 5, 2018, Supervisory Border Patrol Agent (SBPA) William Stack was checking law enforcement databases on a suspected currency smuggler, ALCANTAR-Borchardt, Ilze Jovanka. While reviewing the databases, a Ford Expedition with Ohio license plate HLQ 7947, was found to be associated to ALCANTAR's known address of 27510 Pineview Drive, Westlake, OH. This Ford Expedition is registered to the Alonso B LLC.

4. Another vehicle that was found to be associated to the 27510 Pineview address is a 2005 GMC Envoy, with Ohio license plate HMW 4189. This GMC Envoy is registered to Beltran Construction.

5. In order to associate a person to the above mentioned LLCs, (SBPA) William Stack reviewed Open Source Intelligence (OSINT). A man identified as BELTRAN-Campos, Alonso, from Doctor Mora, Guanajuato, Mexico, was associated to ALCANTAR.

6. A search of law enforcement databases of BELTRAN revealed a name and photo match to a citizen of Mexico with a record of arrest by the United States Border Patrol on August 2, 2014. A date of birth of August 23, 1983 is listed for BELTRAN for that arrest. The A-number 202 074 318 was issued to BELTRAN at that time. These records indicate BELTRAN was deported from the United States via the Hidalgo, TX Port of Entry, on August 5, 2014.

7. BELTRAN-Campos has been positively identified by your affiant as residing at 27510 Pineview Drive, Westlake, OH.

8. Today, October 4, 2018, Border Patrol Agent Chris Damschen, positively identified BELTRAN-Campos and witnesses him enter the residence at 27510 Pineview Drive, Westlake, OH. Constant surveillance of the residence has been maintained and BELTRAN-Campos has not seen leaving the residence.

9. According to records checks, BELTRAN-Campos did not make an application at a location outside of the United States to the Attorney General, or his successor, the Secretary of the Department of Homeland Security, for permission to reapply for admission to the United States, all in violation of Title 8 USC 1326(b)(2).

10. Based upon the above information, the affiant has reason to believe that 8 USC 1326(b)(2) has been violated by Alonso BELTRAN-Campos.

Shawn Hinca Border Patrol Agent
Affiant Name and Title

*Shawn Hinca*
Affiant Signature

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 4th, day of October, 2018.

*William H. Baughman, Jr.*
HONORABLE WILLIAM H. BAUGHMAN, JR.
UNITED STATES MAGISTRATE JUDGE

